# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

157580

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SOONEJOO KIM GRAHAM,
      Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157580
COA: 337780
Jackson CC: 15-005667-FH

On order of the Court, the application for leave to appeal the April 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



Clerk

a1114